# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135128

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

KEITH TALLEY, JR.,
　　　　Defendant-Appellant.

_____/

SC: 135128
COA: 271178
Wayne CC: 06-001156-01

　　　On order of the Court, the application for leave to appeal the September 11, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

Clerk

p1217